HAZARD L. BROWN, Respondent, *v.* CORA I. BROWN et al., Appellants.

Argued November 13, 1950; decided January 4, 1951.

*George B. Grow* and *Michael J. Larkin* for appellants.
*Charles R. Bradbury* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.